

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-24-00399-CV

---

The Browning Family Mineral Partnership,
Hollis M. Browning, and Bill T. Browning, Appellant

v.

Callahan Draw LLC, Rudd F. Owen, Ross G. Owen,
Jeffre Owen Littleton, and Dayna Owen White, Appellee

---

On Appeal from the 143rd District Court
Reeves County, Texas
Trial Court No. 24-06-25226-CVR

---

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the

judgment. We therefore reverse the orders dismissing the case under Rule 91a and the Texas

Citizens Participation Act and render judgments denying those motions. However, we affirm the

trial court's summary judgment. We further order each party to bear their own costs of this proceeding. This decision shall be certified below for observance.

IT IS SO ORDERED this 21st day of October 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.